# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| TERRAL TRAPP, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NWP SERVICES CORPORATION, a Texas corporation, REALPAGE, INC., a Delaware corporation, an individual; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. 8:19-cv-00266-JVS (ADSx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:　　November 26, 2018<br>Trial Date:　　　March 10, 2020<br>District Judge:　　Hon. James V. Selna<br>Magistrate Judge:　Hon. Autumn D. Spaeth |

Trapp - Order on Joint Stip for

# **ORDER**

Pursuant to the Joint Stipulation for Dismissal with Prejudice filed by the parties to this action, the case is hereby dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party to bear its own attorney's fees and costs.

DATED: September 24, 2019

*/s/ James V. Selna*
Honorable James V. Selna
UNITED STATES DISTRICT JUDGE

39877275.1